[No. 28588-0-III.   Division Three.   January 25, 2011.]

KEN WILCOX ET AL., *Respondents*, v. CLASEN FRUIT & COLD STORAGE COMPANY, *Appellant*.

*Affirmed* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.

[No. 28607-0-III.   Division Three.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN EUGENE GRENZ, *Appellant*.

*Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28830-7-III.   Division Three.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY STEVEN RICE, JR., *Appellant*.

*Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28876-5-III.   Division Three.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RHONDA LYNN BERG, *Appellant*.

*Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.